On appellant's reconsideration filed October 26, reconsideration allowed; former opinion filed September 28 (64 Or App 726, 669 P2d 387), costs sheet modified to designate appellant as prevailing party, no costs to either party on appeal or on petition December 14, 1983, petition for review denied January 17, 1984 (296 Or 350)

In the Matter of the Marriage of

REX,
*Respondent,*

*and*

REX,
*Appellant.*

(405-891; CA A24886)

669 P2d 387

J. Michael Alexander, and Burt, Swanson, Lathen, Alexander & McCann, Salem, for petition.

Before Buttler, Presiding Judge, Joseph, Chief Judge, Rossman, Judge.

PER CURIAM

## PER CURIAM

We grant appellant's petition for reconsideration for the sole purpose of correcting our designation of the prevailing party. In this modification proceeding, we reviewed a decree which substantially increased husband's child support obligation. On the basis of an application of the formula in *Smith v. Smith,* 290 Or 675, 626 P2d 342 (1981), we modified the decree to provide for a smaller increase. We then erroneously declared wife the prevailing party and awarded her costs. Husband correctly asserts that our reduction of his modified support obligation means that he actually prevailed on appeal. Accordingly, we designate appellant as the prevailing party. However, no costs are awarded to either party. The original opinion is adhered to in all other respects.

Petition for reconsideration allowed; costs sheet modified to designate appellant as prevailing party, no costs to either party of the appeal or on the petition.